■ COMMUNITY SERVICE SOCIETY, Respondent, and GLADYS BAEZ, Intervenor-Respondent, v WELFARE INSPECTOR GENERAL OF THE STATE OF NEW YORK, Appellant.—Order, Supreme Court, New York County, entered on August 18, 1977, unanimously affirmed, without costs and without disbursements, for the reasons stated by Fein, J., at Special Term. Concur—Birns, J. P., Lane, Lynch and Sandler, JJ.

■ In the Matter of RIVER PARK TOWERS TENANTS ASSOCIATION, INC., et al., Appellants, v JOSEPH B. GOLDMAN et al., Respondents.—Judgment, Supreme Court, Bronx County, entered on March 23, 1978, unanimously affirmed on the opinion of Chananau, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Silverman, Evans, Lynch and Sullivan, JJ. [95 Misc 2d 856.]

■ MINNA KAMENS, Appellant, v CHASE MANHATTAN BANK, N. A., Respondent.—Order, Supreme Court, New York County, entered on June 6, 1978, unanimously affirmed for the reasons stated by Bloom, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Plaintiff's time to serve an amended complaint is extended to 30 days after service upon plaintiff by defendant of a copy of this court's order, with notice of entry. Concur—Lupiano, J. P., Silverman, Evans, Lynch and Sullivan, JJ.

■ ROY DOLINER, Appellant, v EDWARD DUNAY, Respondent.—Order, Supreme Court, New York County, entered on September 16, 1977, unanimously affirmed on the opinion of Gellinoff, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Silverman, Evans, Lynch and Sullivan, JJ.

■ DAVID L. LINFIELD, Appellant, v BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent.—Order and judgment (one paper), Supreme Court, New York County, entered on November 15, 1977, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Lupiano, J. P., Silverman, Evans, Lynch and Sullivan, JJ.

■ G. B. K. RESTAURANT CORPORATION, Respondent, v JOSEPH STANZIANI et al., Respondents, and SIDNEY HOLTZMAN, Appellant.—Order, Supreme Court, New York County, entered on March 13, 1978, unanimously affirmed for the reasons stated by Kassal, J., at Special Term. Plaintiff-respondent shall recover of appellant $50 costs and disbursements of this appeal. Concur—Evans, J. P., Markewich, Yesawich and Sullivan, JJ.